UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-22287

DANIA DIAZ,

    *Plaintiff*,

v.

SANDS POINTE OCEAN BEACH RESORT CONDOMINIUM ASSOCIATION, INC., a Florida Not-for-Profit Corporation, AVI HARPAZ, *individually*, MEL HERMAN, *individually*, JACOB KATZ, *individually*, ARTHUR WIENER, *individually*, and FELIX WEINSTEIN, *individually*,

    *Defendants*.

_____/

## PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW**, Plaintiff, DANIA DIAZ, hereinafter referred to as "Diaz" or "Plaintiff", by and through her undersigned counsel, and hereby files her Statement of Claim pursuant to Rule 8 of the Federal Rules of Civil Procedure, and states that Plaintiff is owed wages calculated as follows:

| Pay Period | Earned Gross Wages | Gross Wages Paid | Gross Wages Owed |
|---|---|---|---|
| 2/17/2025 – 3/2/2025 | $1,923.07 | $423.07 | $1,500.00 |

Additionally, Plaintiff states that she is owed breach of contract damages in the amount of $213,456.29.

**Grand Total:** $214,956.29 + reasonable attorneys' fees and costs.

Respectfully submitted on this 20th day of May, 2025.

_____
Bryan Morera, Esq.
Florida Bar No. 1002359
**MORERA LAW GROUP, P.A.**
14100 Palmetto Frontage Road, Suite 370
Miami Lakes, Florida 33016
Telephone: (786) 789-4546
Facsimile: (786) 646-2402
Email: Bryan@MLG.Miami
Secondary Email: Service@MLG.Miami

*Counsel for Plaintiff*